# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144897

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

ISAAC ALVAREZ GOMEZ,
  Defendant-Appellant.

SC: 144897
COA: 302485
Branch CC: 01-107408-FH

_____/

On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Chaidez v United States*, cert gtd ___ US ___; ___ S Ct ___; ___ L Ed 2d ___; 2012 WL 1468539 (2012), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

Clerk

h0618